CONTINENTAL RIBBON CUTTERS, INC., Appellant, *v.* LONG PROPERTIES, INC., et al., Respondents.

Argued November 17, 1952; decided December 4, 1952.

*Leo Brown* and *Albert P. Singman* for appellant.

*Morris Wagman* and *Irving Sheinfeld* for Long Properties, Inc., and others, respondents.

*R. Robert Hochman* for 202–4 East 29th Street Corp., respondent.

*Edward S. Friedland* for Isaac Gropper and others, respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.